STATE OF NEW JERSEY v. JOSEPH TENASSE.

May 28, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE SANTANA.

May 28, 1980.

Petition for certification denied.

HYMAN MONDROW v. DONALD SELWYN.

May 28, 1980.

Petition for certification denied.  (See 172 *N.J.Super.* 379)